# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## 1/12/21

SEAN F. McAVOY, CLERK

U.S.A. vs.                  Jones III, Ancil G.                  Docket No.          2:20CR00166-TOR-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ancil G. Jones III, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington on the 28th day of December 2020, under the following conditions:

**Additional Condition #15:** Avoid all contact, direct or indirect, with any Co-Defendant(s) or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.  Defendant may have contact with any co-defendant living in his immediate household but may not discuss the pending case.  Pretrial Services may but is not required to exempt other specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ancil G. Jones, III, is alleged to have violated his conditions of pretrial release supervision by having contact with an immediate family member to a potential witness in the instant federal matter between January 9 and 11, 2021.

On December 29, 2020, United States Probation Officer (USPO) Jon Bot reviewed the conditions of pretrial release supervision with the defendant. USPO Bot provided a copy of the release conditions with Mr. Jones through electronic mail. On January 4, 2021, Mr. Jones confirmed with the undersigned officer the conditions of pretrial release supervision were reviewed with USPO Bot.

On January 11, 2021, a special agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) advised the undersigned officer that the defendant had attempted to contact the significant other of a potential witness through a messaging function on the social media platform, Facebook.  The following information was gathered from provided investigative notes from the ATF.

On December 21, 2020, Mr. Jones was recorded placing a telephone call from the Spokane County Jail to a female who was believed to be his fiancé, Mariah Runck.  During this telephone conversation, Ms. Runck advised Mr. Jones she was with his mother, Pamela Hays, who is a codefendant in the instant federal matter.  Ms. Hays also participated in this telephone conversation.

Ms. Hays asked if Mr. Jones knew the identity of the codefendant.  Mr. Jones replied to his mother by saying, "This is over those bitches, mom, that you brought to my house".  Throughout the telephone call, Mr. Jones allegedly reiterated multiple times that he is being charged because of the "bitches" his mother brought to his house.

As the telephone call continued, Ms. Runck asked Mr. Jones if he knew the identity of the third codefendant.  Mr. Jones identified the codefendant as Jeremy Millard, by his alias.  Mr. Jones allegedly told Ms. Runck, "That right there proves that right there is what this is over."  The SA stated in the notes that Mr. Jones told Ms. Runck that the inclusion of Mr. Millard as a codefendant confirmed his suspicions of which drug transaction led him to being charged in the instant federal matter.

**PS-8**

**Re: Jones III, Ancil G.**
**January 12, 2021**
**Page 2**

On January 2, 2021, the confidential informant (CI) involved in the instant federal matter contacted the SA. The CI advised that person, later identified as Anthony Brown, contacted an immediate family member (IFM) of the CI at his/her workplace. Mr. Brown allegedly asked the IFM if they knew "AJ (Mr. Jones) from the West Side" and indicated to the IFM that the CI knows AJ. The IFM reportedly perceived this statement as Mr. Brown telling the IFM that he believed the CI had cooperated with the government.

On January 9, 2021, the CI contacted the SA at approximately 6:50 p.m. The CI advised Mr. Jones allegedly attempted to call an IFM of the CI through the Facebook Messenger application. The CI reported approximately 2 years prior, the IFM attempted to contact Mr. Jones through the Facebook Messenger application, but had never received a reply. The CI provided screen shots to the SA indicating that at approximately 6:31 p.m., Mr. Jones sent the IFM a message reading "...what's up man I need to talk to you." The screen shot indicated the IFM missed a call from Mr. Jones at 6:34 p.m. The IFM responded, "Yo sorry I'm drivindg, wat sup" and then placed an unanswered call to Mr. Jones at 6:43 p.m. the SA noted the screen shot listed the name of "Ancil" and included a profile photograph of Mr. Jones.

The CI voiced concern to the SA that based on the contact with Anthony Brown at the IFM's work and Mr. Jones' direct attempt to contact the IFM, that Mr. Jones may attempt to go the IFM's work to contact the IFM.

On January 10, 2021, the CI advised the SA that Mr. Jones had continued trying to contact the CI via Facebook Messenger voice call. The CI further advised the SA that Mr. Jones had been calling the IFM's work. The CI reported that one of the IFM's co-workers told the IFM that someone had called the restaurant twice and demanded to speak to the IFM. The IFM was not told specifically the person calling him/her at work was Mr. Jones, but believed it was him based on the totality of circumstances.

On January 11, 2021, the SA and another ATF SA met with the CI and the CI's IFM. The IFM consented to the SA viewing and photographing messages from Mr. Jones. When viewing the messages, the SA noted there were messages from the IFM to Mr. Jones in October 2019. There were no replies to those messages. Mr. Jones then allegedly started contacting the IFM on January 9, 2021.

The SA read messages from January 10, 2021, and found the following exchange between Mr. Jones and the IFM:

1. On January 10, 2021, at 2:45 p.m., there was a missed call from Mr. Jones to the IFM
2. At 4:12 p.m., IFM text message via Facebook to Mr. Jones: "What's up man, sorry I've been busy lately, having you been calling my work? Lol"
3. At 4:32 p.m., Mr. Jones to the IFM via Facebook message, "I'll stop by so save a smile break for around 6. Smoke"
4. IFM to Mr. Jones: "Oh I'm not there anymore man Whadya need?"
5. Mr. Jones to IFM: "Its nothing bad I just need to talk to you itits private cant say much more"
6. IFM to Mr. Jones: Aigh well tomorrow is my day off I'll hit you up somtime in the afternoon"
7. 7:53 p.m., Mr. Jones to IFM: I'll be working what do you got going tonight Call me 509 218 0519."
8. On January 11, 2021, at 12:12 a.m., Mr. Jones to IFM: "I guess its bit that big of a deal bro just didn't want your wife to see it but you shouldn't be trying to get at that girl in the way you are cause her dued is kinda not liking it and I don't want to see you having any problems"

The IFM indicated that he/she had met Mr. Jones in the past occasionally. The IFM said that aside from the unanswered Facebook messages to Mr. Jones in 2019, he/she believed they had spoken to Mr. Jones on only one occasion, a single telephone call, prior to receiving messages on January 9, 2021. The IFM said he/she do not have a social relationship with Mr. Jones and could not think of a legitimate reason for Mr. Jones to be contacting them.

PRAYING THAT THE COURT WILL ORDER A WARRANT

**PS-8**
**Re: Jones III, Ancil G.**
**January 12, 2021**
**Page 3**

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:           January 12, 2021

by      s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

January 12, 2021

Date